07-15-00289-CV

IN THE SEVENTH DISTRICT OF APPEAL
OF TEXAS APPELLATE OF
POTTER COUNTY COURTHOUSE
AMARILLO,TEXAS 79105

B

)_____(

IN PRO SE:.

Ras Thompson,IN PRO SE:
531 54th street(806) 368-9705
LUBBOCK,TEXAS 79404
      PLAINTIFF APPELLANT
        Plaintiff

    VS.

WILLIAM CLAYTON TROTTER,ET AL
THE LUBBOCK POLICE DEPARTMENT
P.O.BOX 2000 at 1625 13th
              Defendant
LUBBOCK,TEXAS 79457
)_____DEFENDANTS APPELLEES,

§
§
§
§
§
§
§
§
§
§
§
§
§

\* "" NOTICE OF APPEAL ""
\*
\* DEPRIVATION OF DAY LAWS
\*         ON
\* NO 2015-  514,888;
\*    TRIAL COURT NUMBER
\*
\*

CIVIL ACTION NO. _____

"" PLAINTIFF'S APPELLANT CIVIL TORT ""

MOTION TO PROCEED IN FORMA PAUPERIS

FILED
JUL 15 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

I request permission to commence an action against the defendant named above without the payment of fees, costs or security. A proposed complaint is transmitted herewith.

In support of this motion I have attached the following:

1.    Declaration in Support of Request to Proceed *In Forma Pauperis* relating to my inability to pay costs and fees.

2.    Other material, if any.

DUE TO POOR CONDITION

UNABLE PAY FOR COURT COST

CONSTITUTIONAL DEPRIVATION

Date: 7-3 2015 A.D

Signature RAS THOMPSON,IN PROE SE:

53/ 54 sT
Street Address

Lubbock TX 79404
City. State Zip Code

512. 788.6722
Phone Number

IN THE SEVENTH APPELLATE DISTRICT
APPEALS COURT OF POTTER
COUNTY,TEXAS COURTHOUSE
AMARILLO,TEXAS 79105

IN PRO SE:

RAS THOMPSON,IN PRO SE:
531 54th street
LUBBOCK,TEXAS  79404.

      PLAINTIFF APPEALLANT
      V

WILLIAM CLAYTON TROTTER
AS POLICE OFFICE. AND THE
LUBBOCK POLICE DEPARTMENT,
)    DEFENDANTS APPELLEES,ET AL.

      ""APPEAL IN FORMA PAUPERIS""

      ON
""DEPRIVATION OF CONSTITUTIONAL LAWS""
      FROM TRIAL COURT
NUMBER 2015,514,888;

**FILED**
JUL 15 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

PLAINTIFF

  RAS THOMPSON,IN PRO SE

  vs.

WILLIAM CLAYTON TROTTER ET AL

DEFENDANT

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

    I, RAS THOMPSON,IN PRO SE: declare, depose, and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

    I further declare that the responses which I have made to questions and instructions below are true.

1.    Are you presently employed? Yes ☐    No ☑

    a. If you answered YES, state the amount of your salary or wages per month, and give the name and address of your employer.

_____

_____

_____

    b. If you answered NO, state the date of last employment and the amount of the salary and wages per month which you received.

_____

_____

2. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  Yes ☐  No ☐
   b. Rent payments, interest or dividends?  Yes ☐  No ☐
   c. Pensions, annuities or life insurance payments?  Yes ☐  No ☐
   d. Gifts or inheritances?  Yes ☐  No ☐
   e. Any other sources?  Yes ☐  No ☐

   If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

   _____

   _____


3. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☐     No ☑

   If you answered YES, state the total value of the items owned.

   _____

   _____


4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐     No ☑

   If you answered YES, describe the property and state its approximate value.

   _____

   _____

- 2 -                                    CONTINUED ON NEXT PAGE

OATH BEFORE NOTARY PUBLIC

STATE OF TEXAS, COUNTY OF _Lubbock_____.

_____, BEING FIRST DULY SWORN, UNDER OATH, SAYS:

THAT HE/SHE IS THE APPLICANT IN THIS ACTION AND KNOWS THE CONTENT OF

THE ABOVE APPLICATION AND ACCORDING TO APPLICANT'S BELIEF, THE

FACTS STATED IN THE APPLICATION ARE TRUE.

_____
Signature of Applicant

SUBSCRIBED AND SWORN TO BEFORE ME THIS _10_ DAY OF

_July, 2015_____.

**BETTY DILLS**
Notary Public, State of Texas
My Commission Expires
October 05, 2018

_____
Signature of Notary Public

I, _Ras L. Thompson_____, BEING PRESENTLY

_____, DECLARE UNDER

PENALTY OF PERJURY THAT, ACCORDING TO MY BELIEF, THE FACTS STATED IN

THE APPLICATION ARE TRUE AND CORRECT.

SIGNED ON _7. 3. 2015_____.

_____
Signature of Applicant

_____
Signature of Attorney


UNITED STATES
POSTAL SERVICE®

1000

U.S. POSTAGE
PAID
LUBBOCK, TX
79408
JUL 10, 15
AMOUNT
**$7.30**
R2304N117375-08


USA·FOREVER

RAS THOMPSON,IN PRO SE:
531 54th street
LUBBOCK,TEXAS 79404

RE: OUT OF TIME ""APPEALS
DEPRIVATION OF DUE PROCESS
LAWS"" FROM TRIAL COURT ACTION
                FROM
number;2015-514-888,

TO:THE HONORABLE CLERK IN
SEVENTH APPELLATE DISTRICT
501 S.FILLMORE STREET
2-A P.O.BOX 9540
AMARILLO,TEXAS 79105-9540

7014 2870 0000 5825 8610



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7014 2870 0000 5825 8610